IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**GREGORY HOLT, a/k/a**
**ABDUL MALIK MUHAMMED**                                                    **PETITIONER**

vs                              CASE NO. 5:12CV00453 BSM

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                        **RESPONDENT**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge H. David Young and the filed objections have been received. After careful review of the findings and recommendations and the objections, as well as a *de novo* review of the record, it is concluded that the findings and recommendations should be and hereby are approved and adopted in their entirety in all respects.

Accordingly, the proposed findings and recommendations [Doc. Nos. 34, 52] are adopted and Holt's petition is dismissed. The motion to amend [Doc. No. 37] filed by Holt is denied. The motion for an extension of time to file additional evidence [Doc. No. 46] and the motions for orders [Doc. Nos. 51, 54] are also denied. In accordance with Rule 11(a) of the Rules Governing Section 2254 cases in the United States District Courts, a certificate of appealability is also denied.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 10th day of July 2013.

_____
UNITED STATES DISTRICT JUDGE